THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 In The Matter
 Of The Care And Treatment Of James D. Young, Respondent,
 
 
 
 
 

v.

 
 
 
 
 The State, Appellant.
 
 
 
 
 

Appeal From Pickens County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2010-UP-421
 Submitted September 1, 2010  Filed
September 28, 2010
Withdrawn, Substituted and Refiled
November 1, 2010

REVERSED AND REMANDED

 
 
 
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Attorney General. Deborah
 R. J. Shupe, Assistant Attorney General R. Westmoreland Clarkson, Assistant Attorney
 General William M. Blitch, Jr., all of Columbia, for Appellant.
 Appellate Defender LaNelle DuRant, of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  In this civil commitment action, the
 State of South Carolina appeals the trial court's finding of no probable cause
 to conduct a full psychological evaluation on James Young, and proceed with a
 trial on the civil commitment of Young as a sexually violent predator pursuant
 to Section 44-48-30(1) of the South Carolina
 Code (Supp. 2009).  We
 reverse, pursuant to Rule 220(b)(1), SCACR, and the following authorities: Care
 and Treatment of Chandler v. State, 382 S.C. 250, 256, 676 S.E.2d 676, 679 (2009)
 (reversing the trial court's finding of no probable cause, as not reasonably
 supported by the evidence in light of prior similar crimes demonstrating a
 propensity to engage in criminal sexual conduct as well as failure to complete sex
 offender treatment).  
REVERSED AND REMANDED.[1]
SHORT, THOMAS, and LOCKEMY,
 JJ., concur.

[1]  We decide this
 case without oral argument pursuant to Rule 215, SCACR.